**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Coty, ) | No. 05-CV-2720-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| City of Peoria, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court has before it plaintiff's amendment to the complaint (doc. 28), defendant City of Peoria's motion to dismiss (doc. 30), and plaintiff's response (doc. 31).

Plaintiff named two defendants in her complaint: the City of Peoria and the City of Phoenix. In our Order dated January 18, 2006 (doc. 27), we granted both cities' motions to dismiss for failure to state a claim upon which relief can be granted (docs. 5 and 6). Rather than direct the clerk to enter final judgment, we provided the plaintiff with 30 days to file an amended complaint naming Officer M. Kess as a defendant as she requested.

Plaintiff filed a timely amendment to the complaint, adding Officer M. Kess as a defendant (doc. 28). Plaintiff also attempted to circumvent our order by amending the complaint to clarify and supplement the previously dismissed claims against the City of Peoria. The City of Peoria moves to dismiss the amended claims directed against it (doc. 30).

Plaintiff had ample opportunity to set forth her claims in the complaint, the response to the City of Peoria's original motion to dismiss, and her other numerous briefings.

1   Moreover, plaintiff sets forth no reason for which we would reconsider our decision to
2   dismiss her claims against the City of Peoria.
3       Accordingly, **IT IS ORDERED GRANTING** City of Peoria's motion to dismiss
4   plaintiff's amended claims directed against it (doc. 30).
5       For clarity, plaintiff can no longer assert any claim against the City of Peoria or the
6   City of Phoenix arising out of this incident. She may proceed on the amended complaint
7   against Officer Kess only.
8       DATED this 31st day of March, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge