**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Coty, ) | No. CV-05-2720-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| City of Peoria, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has not served defendant Kess in accordance with Rule 4(m), Fed. R. Civ. P. In our order dated July 6, 2006, we notified plaintiff that this matter would be dismissed within ten days if she failed to show good cause for her failure to serve process. Plaintiff responds, requesting more time because the defendant has eluded service. Plaintiff does not describe the steps that she has taken to locate the defendant, the means by which the defendant has eluded service, or the likelihood that she will locate the defendant. The fact that plaintiff has not located the defendant is not good cause for an extension of time. Therefore, **IT IS ORDERED DISMISSING** this action.

DATED this 19th day of July, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge